■ SEYMOUR NEWMAN et al., Respondents, v. GOLAN HEIGHTS DEVELOPERS, INC., et al., Appellants.— Upon the oral stipulation of the parties and their respective attorneys in open court on February 21, 1974 (transcript of stenographic minutes received by this court on March 4, 1974), appeal from an order of the Supreme Court, Queens County, dated December 10, 1973, deemed discontinued, without costs. Martuscello, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.